# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION, *as Trustee of the Truman 2021 SC9 Title Trust*, <br><br> *Plaintiff,* <br><br> v. <br><br> KIM HOLLAND, <br><br> *Defendant.* | § § § § § § § § § § § Civil Action No. 4:24-cv-00190 <br> Judge Mazzant/Judge Davis |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 25, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #16) that Plaintiff U.S. Bank Trust National Association's Motion for Summary Judgment (Dkt. #13) be granted.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff U.S. Bank's Motion for Summary Judgment (Dkt. #13) is hereby **GRANTED.**

It is **FURTHER ORDERED** that the Release of Lien recorded in the Official Records of Collin County, Texas, on July 24, 2023, as Instrument No. 2023000082834 is hereby rescinded.

**IT IS SO ORDERED.**

**SIGNED this 17th day of September, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE